KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff



                IN THE  UNITED STATES DISTRICT COURT

                FOR  THE  DISTRICT  OF  ALASKA


UNITED STATES OF AMERICA,        )      Case No.
                                 )
        Plaintiff,               )      COMPLAINT
                                 )
vs.                              )
                                 )
MARK A. MITCHELL,                )
                                 )
        Defendant.               )
_____)


        Plaintiff, the United States of America, by and through the

United States Attorney for the District of Alaska, alleges and

states as follows:

                              I.

        Defendant resides within the territorial jurisdiction of

this Court.  Jurisdiction is conferred upon this Court under 28

U.S.C. § 1345.  Plaintiff brings this suit pursuant to the

provisions of 31 U.S.C. § 3711 et seq.

II.

On or about February 12, 1990, defendant executed a
Promissory note in the amount of $1,867.00, and on or about May
1, 1991, executed a second Promissory note in the amount of
$2,759.00 for Health Education Assistance Loans that are assigned
to the Department of Health and Human Services, attached as
Exhibits 1 and 2.

III.

Defendant is indebted in the principal amount of $4,626.00,
plus interest of $12,237.00, accrued through October 14, 2009,
and ongoing interest accruing at a 3.25% variable rate of
interest, as set forth in the Certificate of Indebtedness,
attached as Exhibit 3, and incorporated herein by reference.

IV.

Defendant has subsequently defaulted upon the terms of these
obligations and owes the amounts as set forth in the Certificate
of Indebtedness.

V.

Although demand has been repeatedly made, defendant has
failed to repay the sums alleged.

WHEREFORE, plaintiff prays as follows:

1.   For judgment against the defendant for the total pre-
judgment principal sum of $16,863.34, plus interest, penalty
charges and costs accrued to date of judgment.

U.S. v. Mark A.  Mitchell
Complaint                        2

2.   For post-judgment interest at the rate provided by 28 U.S.C.

§ 1961, until the obligation is fully satisfied.

3.   For costs and disbursements incurred in this action.

4.   For such other further relief that the Court may deem just

and equitable.

    DATED this 4th day of January, 2010, at Anchorage, Alaska.


                    KAREN L. LOEFFLER
                    United States Attorney



                    s/Richard L. Pomeroy
                    RICHARD L. POMEROY
                    ASSISTANT U.S. ATTORNEY
                    222 West 7th Avenue # 9, Room 253
                    Anchorage, AK 99513-7567
                    Tel. (907) 271-5071
                    Fax  (907) 271-2344
                    E-mail: richard.pomeroy@usdoj.gov
                    Alaska Bar No. 8906031

U.S. v. Mark A.  Mitchell
Complaint                3